# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CLIFFARD OWEN SATTERWHITE,

    Plaintiff,

    v.

HIGHLINE COMMUNITY COLLEGE, et al.,

    Defendants.

Case No. C19-1703RSL

ORDER TO SHOW CAUSE

On October 23, 2019, the Clerk of Court issued a case assignment letter to the plaintiff in the above-captioned matter. Dkt. # 2. The letter was mailed to plaintiff, but was returned unopened on November 6, 2019, as plaintiff apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to note on the Court's calendar a "Rule 41 dismissal proceeding" for January 10, 2020. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

DATED this 7th day of November, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 1