# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CLIFFARD OWEN SATTERWHITE,

    Plaintiff,

    v.

HIGHLINE COMMUNITY COLLEGE, et al.,

    Defendants.

Case No. C19-1703RSL

ORDER STRIKING RULE 41 PROCEEDING

On November 7, 2019 this Court entered an Order to Show Cause for failure to prosecute under Local Civil Rule 41(b)(2), Dkt. # 6. On January 6, 2020, plaintiff filed a Notice of Change of Address, Dkt. #9.

The Rule 41 dismissal proceeding that was noted on the Court's calendar for January 10, 2020, is hereby STRICKEN.

DATED this 9th day of January, 2020.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER STRIKING RULE 41 PROCEEDING