UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFARD OWEN SATTERWHITE,<br><br>  Plaintiff,<br><br>  v.<br><br>HIGHLINE COMMUNITY COLLEGE, *et al.*,<br><br>  Defendants. | NO. C19-1703RSL<br><br>ORDER DENYING MOTION FOR SUBPOENA DUCES TECUM |

This matter comes before the Court on plaintiff's "Motion to Subpoena Video Evidence/Motion for Subpoena Duces Tecum." Dkt. # 8. Plaintiff seeks production of a video in defendants' possession. There is no indication that defendants have been served with the summons and complaint pursuant to Federal Rule of Civil Procedure 4: no certificate of service has been filed and neither defendant has appeared in this matter. In addition, "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f) . . . ." Fed. R. Civ. P. 26(d)(1). Plaintiff's motion is therefore DENIED as premature

Dated this 25th day of February, 2020.

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR SUBPOENA DUCES TECUM - 1