UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLIFFORD OWEN SATTERWHITE,

         Plaintiff,

   v.

HIGHLINE COMMUNITY COLLEGE, et al.,

         Defendants.

No. C19-1703RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on October 28, 2019. To date, service of the summons and complaint has not been made on defendants as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than July 29, 2020.

The Clerk of Court is directed to note this Order to Show Cause on the Court's calendar for Friday, July 31, 2020.

DATED this 7th day of July, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE