UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD OWEN SATTERWHITE,<br><br>Plaintiff,<br><br>v.<br><br>HIGHLINE COMMUNITY COLLEGE, *et al.*,<br><br>Defendants. | NO. C19-1703RSL<br><br>ORDER OF DISMISSAL |

On July 7, 2020, the Court ordered plaintiff to show cause why the complaint in this matter should not be dismissed for failure to serve the summons and complaint. Dkt. # 15. In response, plaintiff asserts that he had reason to file the complaint (Dkt. # 17) and demands disbursement of $34 million[1] and reimbursement for property taken from him (Dkt. # 16). Plaintiff provides no evidence (or even unsupported assertion) that defendants have been served in this matter and has not shown good cause for the failure. The above-captioned matter must therefore be dismissed under Federal Rule of Civil Procedure 4(m).

---

[1] Plaintiff apparently believes that he is entitled to the payment of $34 million because there was a delay in resolving his request for a subpoena duces tecum. That request was denied on February 25, 2020, less than six weeks after it became ripe for review. Plaintiff was reminded at the time of his obligation to serve defendants under Fed. R. Civ. P. 4. Dkt. # 14.

ORDER OF DISMISSAL - 1

For all of the foregoing reasons, plaintiff's claims are DISMISSED without prejudice.

DATED this 5th day of August, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2