UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLIFFORD OWEN SATTERWHITE,

　　　　　Plaintiff,

　　v.

HIGHLINE COMMUNITY COLLEGE, *et al.*,

　　　　　Defendants.

NO. C19-1703RSL

ORDER

　　This matter comes before the Court on plaintiff's "Motion for Mistrial." Dkt. # 19. Because there was no trial in this matter and because the motion was filed more than fourteen days after the above-captioned matter was dismissed, the Court assumes plaintiff is seeking relief from the Court's order of dismissal under Fed. R. Civ. P. 60(b). Plaintiff's claims were dismissed because he failed to serve the summons and complaint on defendants. Dkt. # 18. That fact is undisputed and warranted dismissal notwithstanding plaintiff's supposition that the resolution of the case was delayed because he is a gay black student (Dkt. # 13), his conviction that his claims have merit, and/or his demand for disbursement of $34 million. Plaintiff has failed to show that he is entitled to relief from the order of dismissal.

//

ORDER - 1

For all of the foregoing reasons, plaintiff's motion for mistrial/relief from judgment is DENIED.

Dated this 14th day of October, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2