UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLIFFORD OWEN SATTERWHITE,<br><br>              Plaintiff,<br><br>         v.<br><br>HIGHLINE COMMUNITY COLLEGE, *et al.*,<br><br>              Defendants. | NO. C19-1703RSL<br><br>ORDER |

On August 5, 2020, the above-captioned matter was dismissed without prejudice because plaintiff failed to serve the summons and complaint as required by Fed. R. Civ. P. 4. Dkt. # 18. The Court subsequently denied plaintiff's motion for a mistrial. Dkt. # 20. He has now submitted for filing a demand that $34 million in funds that were never deposited into the registry of the Court be disbursed to him.

The request for disbursement is DENIED. Because the new submission contains routing and account numbers, the Clerk of Court is directed to file it under seal. The above-captioned matter having been terminated over eight months ago, no new filings under this cause number will be accepted or acted upon.

Dated this 9th day of April, 2021.

Robert S. Lasnik
United States District Judge

ORDER - 1